No. 99–326. AMALGAMATED TRANSIT UNION, AFL–CIO, CLC, ET AL. *v.* NIEHAUS. C. A. 9th Cir. Certiorari denied.

No. 99–403. EARTHMAN *v.* INGRAM. Ct. App. Tenn. Certiorari denied.

No. 99–415. SNYDER *v.* THE UPJOHN CO. C. A. 9th Cir. Certiorari denied.

No. 99–432. KARAGOUNIS *v.* UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–458. DON VICENTE MACIAS, INC. *v.* TEXAS GULF TRAWLING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–460. SCHEFFLER *v.* DOW JONES & CO., INC. C. A. 3d Cir. Certiorari denied.

No. 99–462. BLANCHE ET UX. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–468. DIXON, PERSONAL REPRESENTATIVE FOR DIXON, DECEASED *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–487. STAGMAN *v.* RYAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–491. TEJEDA *v.* TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 99–544. MELOF ET AL. *v.* JAMES ET AL. Sup. Ct. Ala. Certiorari denied.

No. 99–561. CHAVEZ-GALVAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–565. CARLTON *v.* HENDERSON, POSTMASTER GENERAL. C. A. 5th Cir. Certiorari denied.

No. 99–566. KING *v.* ANDERSON. C. A. 5th Cir. Certiorari denied.